JANICE H. DEVORE et al., Appellants, *v.* CARROL BLAKE, as Superintendent of Buildings of the Borough of Brooklyn, City of New York, et al., Respondents.

Argued April 14, 1941; decided May 22, 1941.

*Nathan Frankel* for appellants.

*William C. Chanler, Corporation Counsel (Paxton Blair* and *Francis J. Bloustein* of counsel), for respondents.

Judgment of Appellate Division reversed and that of Special Term affirmed, with costs in this court and in the Appellate Division, on the authority of *Arverne Bay Construction Co.* v. *Thatcher* (278 N. Y. 222).

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.